## JAMES BENTLEY *versus* LUTHER DORRIEL AND GIDEON BADGER

JOURNAL ENTRIES (1821): *Journal 3:* (1) Discontinued *p. 222.
PAPERS IN FILE: (1) Letter from attorney to clerk; (2) precipe for writ of certiorari; (3) letter from attorney to clerk.
*Office Docket*, MS p. 104, c. 3. (Case 55 of 1820)

## TOUSSAINT POTHIER *versus* JOHN W. BURNETT

JOURNAL ENTRIES (1821): *Journal 3:* (1) Discontinued, judgment *p. 223.
PAPERS IN FILE: (1) Precipe for habeas corpus; (2) writ of habeas corpus; (3) transcript of county court record; (4) recognizance; (5) declaration; (6) copy of promissory note.
*Office Docket*, MS p. 115, c. 14. Recorded in *Book A*, MS pp. 177–84.

*Note:* The county court file (case 373) contains: (1) precipe; (2) capias and return; (3) subpoena.